**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **TELINIT TECHNOLOGIES, LLC** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 2:12-cv-664** |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **YAHOO! INC.** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

In consideration of Plaintiff Telinit Technologies, LLC ("Telinit") and Defendant Yahoo! Inc.'s ("Yahoo!") Joint Motion for Dismissal of all claims Without Prejudice asserted against Defendant Yahoo!, the Joint Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant are hereby dismissed Without Prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SO ORDERED.

**SIGNED this 15th day of April, 2013.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE